1  NICHOLAS J. BOOS (SBN 233399)
   nboos@maynardnexsen.com
2  CHASE W. TURNBULL (SBN 352381)
   cturnbull@maynardnexsen.com
3  MAYNARD NEXSEN LLP
   Two Embarcadero Center, Suite 1450
4  San Francisco, California 94111
   Telephone:    (415) 646-4700
5  Facsimile:    (205) 254-1999

6  Attorneys for Defendant
   LIBERTY INSURANCE CORPORATION, erroneously sued as
7  LIBERTY MUTUAL INSURANCE

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11 | MILAD ISKANDER, | Case No. 2:24-cv-02750-JAM-SCR |

12              Plaintiff,        **STIPULATION AND ORDER TO**
                                  **CONTINUE DESIGNATION OF**
13      v.                        **EXPERT WITNESSES DEADLINE**
                                  **ONLY**
14 LIBERTY MUTUAL INSURANCE,
                                  Date of Removal: October 4, 2024
15              Defendant.

16

17     IT IS HEREBY STIPULATED by and between Plaintiff MILAD ISKANDER ("Plaintiff"),

18 on the one hand, and Defendant LIBERTY INSURANCE CORPORATION, erroneously sued as

19 LIBERTY MUTUAL INSURANCE ("Defendant"), on the other hand, through their respective

20 attorneys, as follows:

21     WHEREAS, Plaintiff filed the complaint on August 22, 2024, in Solano County Superior

22 Court (ECF 1, Ex. B.);

23     WHEREAS, Defendant removed the action to this Court on October 2, 2024 (ECF 1);

24     WHEREAS, pursuant to February 21, 2025 Scheduling Order (ECF 8), the Court set July

25 18, 2025 as the Designation of Expert Witnesses deadline.

26     WHEREAS, the parties have diligently engaged in discovery, but were forced to postpone

27 the date of a site inspection originally scheduled for June 19, 2025 by roughly one month due to a

28 family emergency of Plaintiff's counsel, and Defendant's expert witness' contraction of an illness.

Maynard Nexsen LLP
Two Embarcadero Center, Suite 1450
San Francisco, CA 94111
(415) 646-4700

---
STIPULATION AND ORDER TO CONTINUE DESIGNATION OF EXPERT WITNESSES DEADLINE ONLY

The parties are cooperating with each other to schedule and complete the site inspection and subsequent expert reports, though they require additional time to do so.

WHEREAS, counsel for Plaintiff and Defendant have agreed to continue the July 18, 2025 Designation of Expert Witnesses deadline by thirty-one (31) days to August 18, 2025 in order to complete the site inspection and subsequent expert reports; and

WHEREAS, no previous extension has been requested or obtained.

WHEREAS, the thirty-one (31) day continuance of the Designation of Expert Witnesses deadline to August 18, 2025 is reasonable and does not affect any other deadlines scheduled by the Court or the trial date in this matter.

NOW, THEREFORE, AND FOR GOOD CAUSE SHOWN, THE PARTIES HEREBY STIPULATE THAT the July 18, 2025 Designation of Expert Witnesses deadline shall be continued to August 18, 2025.

| Court Set Case Schedule | Current Deadline | [Proposed] New Deadline |
|---|---|---|
| Designation of Expert Witnesses Deadline | July 18, 2025 | August 18, 2025 |

IT IS SO STIPULATED.

Dated: July 17, 2025                                    MAYNARD NEXSEN LLP

                                                        _/s/ Nicholas J. Boos_
                                            By          NICHOLAS J. BOOS

                                                        **Attorneys for Defendant**
                                                        LIBERTY INSURANCE
                                                        CORPORATION, erroneously sued as
                                                        LIBERTY MUTUAL INSURANCE

Dated: July 17, 2025                              BALESTRA WEBB LAW


                                                 */s/ Bryan R. Smith*
                                          By     BRYAN R. SMITH

                                                 Attorneys for Plaintiff
                                                 MILAD ISKANDER



## **ORDER**

Based on the stipulation of the parties and good cause appearing, the case schedule is MODIFIED as follows:

| Court Set Case Schedule | Current Deadline | New Deadline |
|---|---|---|
| Designation of Expert Witnesses Deadline | July 18, 2025 | **August 18, 2025** |

All other deadlines and instructions contained in the Pretrial Scheduling Order (ECF No. 8), entered on February 21, 2025, shall remain in effect.

IT IS SO ORDERED.


Dated: July 17, 2025                    /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        SENIOR UNITED STATES DISTRICT JUDGE