**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MILAD ISKANDER,<br>Plaintiff,<br>v.<br>LIBERTY MUTUAL INSURANCE,<br>Defendant. | Case No. 2:24-cv-02750-JAM-SCR<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation and Federal Rule of Civil Procedure 41(a), the above-captioned action is hereby **DISMISSED WITH PREJUDICE** as to all parties and all causes of action, with each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: July 16, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE